United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK LOUMENA,<br><br>        Plaintiff,<br><br>   v.<br><br>PAMELA KENNEDY, et al.,<br><br>        Defendants. | Case No.:14-cv-04165-LHK<br><br>**ORDER CLOSING CASE FILE AND VACATING CASE MANAGEMENT CONFERENCE** |

On February 27, 2015, the Court dismissed this action without prejudice for lack of subject matter jurisdiction, as Plaintiff's sole remedy is a proceeding in state court. ECF No. 27.

The Court therefore VACATES the case management conference scheduled for March 12, 2014.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-cv-04165-LHK
ORDER CLOSING CASE FILE AND VACATING CASE MANAGEMENT CONFERENCE